UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GDC TECHNICS, LTD. § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:15-CV-00488-RP |
| § | |
| JAMES ROGER GRACE and § | |
| J.R.G. DESIGN, INC., § | |
| Defendants. § | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO
OPPOSED SECOND MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL**

GDC Technics, Ltd. f/k/a Gore Design Completions, Ltd. ("GDC Technics, Ltd.") hereby files this Response in Opposition to The Snell Law Firm, P.L.L.C. and Jason W. Snell and John Robert Skrabanek's Opposed Second Motion to Withdraw as Defendant's Counsel ("Motion") [Dkt. #132] and respectfully requests that the Motion be denied.

1. This lawsuit was filed on June 12, 2015. The Snell Law Firm, P.L.L.C. and Jason W. Snell and John Robert Skrabanek have represented the defendants since the inception of the litigation. Trial was set for March 20, 2017. GDC Technics, Ltd.'s claims and causes of action against James Roger Grace were dismissed and the sole Defendant is J.R.G. Design, Inc. in the above-styled and numbered cause.

2. Effective on March 18, 2017, J.R.G. Design, Inc. transferred certain supplemental type certificates ("STC") to GDC Technics, Ltd. or its assigns. As part of the settlement agreement, the parties agreed to abate this case for a period of one hundred twenty days (120). Therefore, this case has been abated until July 18, 2017.

3. J.R.G. Design, Inc., Mr. Grace's company that owns the STC's, cannot appear *pro se*. Mr. Grace claims he cannot pay his current attorney and, therefore, the likelihood of

1

Mr. Grace being able to pay a different attorney on behalf of his company, J.R.G. Design, Inc., is questionable. This will further prejudice GDC Technics, Ltd. by delaying the resolution of this matter should J.R.G. Design, Inc., not fully comply with the terms of the settlement agreement.

4. Until the STC's are completely transferred from J.R.G. Design, Inc. to GDC Technics, Ltd., the above-styled case is still active and, as such, the Court should not permit The Snell Law Firm, P.L.L.C. and Jason W. Snell and John Robert Skrabanek to withdraw.

WHEREFORE, PREMISES CONSIDERED GDC Technics, Ltd. prays that the Court deny The Snell Law Firm, P.L.L.C. and Jason W. Snell and John Robert Skrabanek's Opposed Second Motion to Withdraw as Defendant's Counsel and for such other relief, whether at law or in equity, to which the Court deems it is justly entitled.

DATED this 2nd day of May, 2017.

Respectfully submitted,

RICHIE & GUERINGER, P.C.

BY: _/s/ Sheldon E. Richie_
SHELDON E. RICHIE
State Bar No. 16877000
Email: srichie@rg-austin.com
KATHERINE J. WALTERS
State Bar No. 00785174
Email: kwalters@rg-austin.com
100 Congress Avenue, Suite 1750
Austin, Texas 78701
512-236-9220 telephone
512-236-9230 facsimile

ATTORNEY FOR PLAINTIFF
GDC TECHNICS, LTD.

**CERTIFICATE OF SERVICE**

    I hereby certify on the 2nd day of May 2017, I caused the foregoing document to be electronically filed with the Clerk of the Court pursuant to the Electronic Filing Procedures and using the CM/ECF system, and that a true and correct electronic copy was thereby caused to be served on The Snell Law Firm, P.L.L.C. and Jason W. Snell and John Robert Skrabanek.

                                      */s/ Sheldon E. Richie*
                                      Sheldon E. Richie/Katherine J. Walters